Gregory L. JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. 76494.

Supreme Court of Missouri,
En Banc.

Feb. 22, 1994.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

## *ORDER*

PER CURIAM:

Appeal from judgment denying relief under Rule 24.035. Judgment affirmed. Rule 84.16(b).